**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Elaine V. Pletsch, | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | Case No. 1:08-cv-026 |
| Michael J. Astrue, Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court is a "Stipulation" filed on March 16, 2009.  The Court **ADOPTS** the stipulation in its entirety (Docket No. 28) and **ORDERS** that the defendant pay to the plaintiff the sum of $3,812.50 in attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), representing 30.5 hours of work at an hourly rate of $125.00 per hour.  The defendant will also pay to the plaintiff the sum of $350.00 in costs for filing fees as authorized by 28 U.S.C. § 2412(a) and § 1920.  Costs are to be paid from the Judgment Fund.  See 28 U.S.C. § 2412(c)(1).

**IT IS SO ORDERED.**

Dated this 17th day of March, 2009.

/s/ Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court